AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>ADEEL PIRACHA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    2:26-cr-00063-6

FID: 11940302

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ADEEL PIRACHA                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE ADMINISTRATION OF JUSTICE; 18 U.S.C. 1503(a) OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE

**RECEIVED**
**By KKrapp at 11:21 am, Mar 26, 2026**

Sarah Sewall
Name of Issuing Officer

*Sarah Sewall*
Signature of Issuing Officer

Case Administration Supervisor
Title of Issuing Officer

03/25/2026        Pittsburgh
Date and Location

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:    3/30/26

_____
Arresting officer's signature

RYAN GANTER SPECIAL AGENT
*Printed name and title*